# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN JOSEPH TAYSON,<br><br>          Petitioners,<br><br>     v.<br><br>WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al.,<br><br>          Respondents. | Case No. 1:26-cv-03010-KES-EPG-HC<br><br>ORDER DIRECTING PARTIES TO FILE JOINT STATEMENT |

On May 11, 2026, the Court granted Petitioner's motion to appoint counsel and ordered that "[w]ithin fourteen (14) days of the date of service of this order, counsel for Petitioner shall meet and confer with opposing counsel and the parties shall file a joint statement regarding case management and a proposed briefing schedule." (ECF No. 13 at 2.) To date, no joint statement has been filed.

The Court HEREBY DIRECTS the parties to file a joint statement regarding case management and a proposed briefing schedule within SEVEN (7) days of the date of service of this order.

IT IS SO ORDERED.

Dated:  **June 3, 2026**                    /s/ Erin P. Grosjean

UNITED STATES MAGISTRATE JUDGE