# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN JOSEPH TAYSON,<br><br>Petitioners,<br><br>v.<br><br>WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al.,<br><br>Respondents. | Case No. 1:26-cv-03010-KES-EPG-HC<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED<br><br>ORDER DIRECTING PETITIONER TO FILE REPLY WITHIN FOURTEEN DAYS |

On May 11, 2026, the Court granted Petitioner's motion to appoint counsel and ordered that "[w]ithin fourteen (14) days of the date of service of this order, counsel for Petitioner shall meet and confer with opposing counsel and the parties shall file a joint statement regarding case management and a proposed briefing schedule." (ECF No. 13 at 2.) As no joint statement had been filed more than a week after the original deadline had passed, on June 3, 2026, the Court ordered the parties to file a joint statement within seven days. (ECF No. 15.) To date, more than a week after the second deadline passed, no joint statement has been filed.

Accordingly, the Court HEREBY ORDERS that:

1. Within seven (7) days of the date of service of this order, both Petitioner and Respondents SHALL SHOW CAUSE why sanctions should not be imposed for failure to follow this Court's May 11, 2026 and June 3, 2026 orders; and

2.  Within fourteen (14) days of the date of service of this order, Petitioner SHALL FILE a reply to Respondents' opposition.

IT IS SO ORDERED.

Dated:   **June 18, 2026**          /s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE

2