UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Allen Joseph Tayson (A-Number: 233-381-761),<br>Petitioner,<br>v.<br>Warden of California City Detention Facility, et al.,<br>Respondents. | No. 1:26-cv-03010-KES-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND REQUIRING IMMEDIATE RELEASE<br><br>Docs. 1, 24 |

Petitioner Allen Joseph Tayson is an immigration detainee proceeding with counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 29, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the petition and ordering that petitioner be released. Doc. 24 at 7. The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. On November 12, 2026, respondents filed one-sentence objections, objecting "[f]or the reasons set forth in Respondents' response." Doc. 25 at 1.

In accordance with 28 U.S.C. § 636(b)(1), the court reviewed the matter de novo. Having carefully reviewed the file, including respondents' objections, the court concludes that the findings and recommendations are supported by the record and proper analysis.

The court ORDERS:

1. The findings and recommendations, Doc. 24, are ADOPTED.
2. The first amended petition for writ of habeas corpus, Doc. 1, is GRANTED.
3. Respondents are ORDERED to release petitioner Allen Joseph Tayson (A-Number: 233-381-761) immediately.
4. Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner unless they demonstrate, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that petitioner is a flight risk or danger to the community such that his physical custody is legally justified.[1]
5. Respondents are ORDERED to provide petitioner with a copy of this Order upon his release.
6. The Clerk of Court is directed to close this case, terminate any remaining motions as moot, and enter judgment for petitioner.
7. The Clerk is directed to serve California City Detention Center with a copy of this Order.

IT IS SO ORDERED.

Dated: November 23, 2026

UNITED STATES DISTRICT JUDGE

[1] This Order does not address the circumstances in which respondents may detain petitioner in the event he becomes subject to an executable final order of removal.